provides in substance that a bond in a penal sum, conditioned to be void upon the performance of any act, has the same effect, for the purpose of maintaining an action, as if it contained a covenant to perform the act specified in the condition; but that the damages recovered shall not exceed the amount of the penalty of the bond. For the purpose of maintaining this action this bond has the same effect as if the sureties signed the contract itself, with a limitation on the amount of their liability in case of its breach. They are, therefore, severally liable on the same written instrument within the meaning of section 454 of the Code of Civil Procedure, and may be included in the same action at the option of plaintiff. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

JOSEPH GREGORY, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment of the City Court of New Rochelle unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

BEATRICE H. HARMAN, Appellant, v. WALTER J. HARMAN, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

KATIE HART, an Infant, by MARY WOLF, Her Guardian ad Litem, Respondent, v. JAMES HERVEY HART, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

KATIE HART, an Infant, by MARY WOLF, Her Guardian ad Litem, Respondent, v. JAMES HERVEY HART, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

MARTHA B. HUSON, Appellant, v. CHARLES J. STOLL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

In the Matter of the Application for the Voluntary Dissolution of the SONS OF ABRAHAM ASSOCIATION, INC.— Order affirmed on reargument, without costs. No opinion. [See 198 App. Div. 917, 920.] Blackmar P. J., Mills, Rich, Kelly and Manning, JJ., concur.

CANFIELD JORDAN, Appellant, v. TICONDEROGA PULP AND PAPER COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

THE J. A. MAHLSTEDT LUMBER AND COAL COMPANY, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Evidence as to damage in consequence of the loss of use of the truck was improperly admitted, because not pleaded as special damage. This error could not be cured by an amendment of the complaint after decision. (*Ward* v. *Bronson*, 126 App. Div. 508, 510.) The order of the City Court of New Rochelle is, therefore, reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

THE J. A. MAHLSTEDT LUMBER AND COAL COMPANY, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and